(134 So. 813)

## ROGERS v. STATE.
### 8 Div. 295.

Supreme Court of Alabama.
May 14, 1931.

J. N. Powell, of Hartselle, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

**BROWN, J.**

Petition of I. M. Rogers for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Rogers v. State, 134 So. 813.

This case seems to have been disposed of by the Court of Appeals without filing an opinion. The writ is therefore denied on the authority of the following cases: Lawson v. State, 219 Ala. 461, 122 So. 467; Cofield v. City of Anniston, 220 Ala. 697, 124 So. 916.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.